# Court of Appeals
# of the State of Georgia

ATLANTA, April 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1292. RYAN COMBS v. THE STATE.**

The Appellant in this case has failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 13 and 23(a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed.

This case was docketed on January 22, 2019. The Appellant brief and enumeration of errors was due to be filed on February 11, 2019. As of the date of this order, over seventy days after the initial due date, the Appellant's enumeration of errors and brief have not been filed. There has been no request for an extension of time to file. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 13 and 23(a).

Because Appellant is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995). This appeal has been dismissed because no Appellant's brief has been filed. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Appellant as well as to appellant's attorney, and the latter is also directed to send a copy to Appellant.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 04/24/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*